ROSEL BARNES, Appellant, *v.* DEWEY L. WALKER, Respondent.

(Submitted March 8, 1888; decided March 23, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 15, 1885, which affirmed a judgment in favor of defendant, entered upon the report of a referee.

*H. R. Hadley* for appellant.

*Bentley & Jones* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.